

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2018

No. 04-18-00396-CV

**TEXAS ARMORING CORPORATION,**
Appellant

v.

Tinyan **OKUNBO**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18380
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Amy Hinds' Notification of Late Record is this date NOTED. Time is extended to November 4, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court